**Charles E. MCMANAMA, Plaintiff—Appellant,**

v.

**State of OREGON, Defendant— Appellee.**

**No. 05–35867.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.[*]

Decided April 17, 2006.

Charles E. McManama, Estacada, OR, pro se.

Benjamin Hartman, Salem, OR, for Defendant—Appellee.

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM [**]

Charles E. McManama appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action on Eleventh Amendment immunity grounds. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Price v. Akaka*, 928 F.2d 824, 827 (9th Cir.1990), and we affirm.

In his complaint, McManama alleged that the State of Oregon violated his constitutional rights by dismissing an appeal McManama filed in a prior state court action. The district court properly dismissed this action under the Eleventh

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Amendment because the State of Oregon has not consented to suit. *See Quillin v. Oregon,* 127 F.3d 1136, 1138 (9th Cir.1997) (per curiam); *Oregon Short Line R.R. Co. v. Dep't of Revenue Oregon,* 139 F.3d 1259, 1263 (9th Cir.1998) (holding Eleventh Amendment bars suits against state by its own citizens).

McManama's Petition to Enact the Option of United States Court Jurisdiction is denied.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the